IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE CO., individually and as successor in interest to TRAVELERS CASUALTY & SURETY OF CANADA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROADWAY EXPRESS, INC.,<br><br>    Defendant. | Case No. 05-00451-CV-W-DW |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 5). The parties move the Court to dismiss this case with prejudice, with each side to bear its own costs, including attorneys' fees. Pursuant to the stipulation, the court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE, with each party to bear its own costs. See Fed. R. Civ. P. 41(a)(1). The clerk of court shall mark this case as closed.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: October 14, 2005